UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORIENTHAL DELEANOR LIGGINS, ) | No. ED CV 08-00621-FMC (VBK) |
| ) | |
| Petitioner, ) | ORDER (1) ACCEPTING AND ADOPTING |
| ) | THE REPORT AND RECOMMENDATION OF |
| v. ) | THE UNITED STATES MAGISTRATE |
| ) | JUDGE, AND (2) DISMISSING THE |
| G. PENROD, et al., ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS |
| Respondents. ) | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report") and Petitioner's Objections.

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered denying and dismissing the Petition without prejudice.

DATED: Aug 15, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE