# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ORIENTHAL DELEANOR LIGGINS, | ) | No. ED CV 08-00621-FMC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| G. PENROD, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: Aug 15, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE